UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

                              **Plaintiff,**                          06-CR-00911 (WHP)

-against-                                        **ORDER**

**ALTON DAVIS,**

                              **Defendant.**

------------------------------------------------------------------X
------------------------------------------------------------------X

**ALTON DAVIS,**

                              **Petitioner,**                    14-CV-00186 (WHP) (SN)

-against-

**UNITED STATES OF AMERICA,**

                              **Respondent.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 15, 2021, Mr. Davis's civil case was reassigned to my docket on an interim basis following the death of the Honorable William H. Pauley, III. Accordingly, the parties are ordered to file a joint letter, not to exceed three pages, indicating the status of Mr. Davis's habeas proceedings, no later than July 30, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 19, 2021
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021