UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA                :
                                        :
                                        :  **SCHEDULING ORDER**
            -against-                   :
                                        :  06 Cr. 911 (AKH)
                                        :
                                        :
ALTON DAVIS,                            :
                                        :
                          Defendant.    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The re-sentencing hearing currently scheduled for June 7, 2023, is adjourned to September 13, 2023, at 11:00 a.m..

      SO ORDERED.

Dated:   May 23, 2023                      /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                                 United States District Judge