UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  x
UNITED STATES OF AMERICA,                       :
                                                :
                                                :
                                                :
             -v-                                :    SCHEDULING ORDER
                                                :
                                                :    06 Cr. 911 (AKH)
ALTON DAVIS,                                    :
                                                :
                                                :
                 Defendant(s).                  :
                                                :
------------------------------------------------------------  x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The time of the re-sentencing hearing scheduled for September 13, 2023 is changed from 11:00 am to 12:00 pm.

        SO ORDERED.

Dated:    May 30, 2023                   //S//
            New York, New York      ALVIN K. HELLERSTEIN
                                       United States District Judge