UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :   **ORDER DENYING**
      -against-                    :   **PROBATION RE-INTERVIEW**
                                                               :   **REQUEST**
ALTON DAVIS et al.,                                            :
                                                               :   06 Cr. 911 (AKH)
                Defendants.   :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendants' request in the letter dated August 18, 2023 is denied. The probation department advises that it lacks the personnel and resources to under re-interviews of this nature. The Court welcomes submissions from defense counsel providing all information that defense counsel considers relevant to re-sentencing, including defense counsel's objections to probation's recalculations of the pertinent statutes and sentencing guidelines, and submissions of its own calculations. If defense counsel is not able to gather information without the Court's help, defense counsel may apply to the Court for assistance.

SO ORDERED.

Dated:    August 28, 2023
             New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge